No. 11–8239.  BLACK v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 11–8240.  ARGUETA-LOPEZ, AKA ARGUETA-RODAS v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 11–8247.  SPENTZ v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 11–8248.  JORDAN v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 11–8249.  NELSON v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 11–8250.  ROBLES v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 11–8259.  ZUCK v. SABATKA-RINE, WARDEN, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 11–8262.  HARVEY v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 11–8264.  GONZALEZ-BARRERAS, AKA GONZALEZ-GOMEZ v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

